# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LINDA LIVINGSTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-03866 |
| WELLS FARGO & COMPANY, | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1

Wells Fargo & Company and Wells Fargo Bank, N.A., by and through its undersigned counsel, hereby makes the following corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Wells Fargo Bank, N.A. is owned 100% by WFC Holdings, LLC.

2. WFC Holdings, LLC is owned 100% by Wells Fargo & Company.

3. Wells Fargo & Company is a publicly-traded corporation on the New York Stock Exchange under the symbol: WFC.

4. Wells Fargo & Company is not aware of any publically held corporation that owns 10% or more of its stock.

        Respectfully submitted,

        WOMBLE BOND DICKINSON (US) LLP

        */s/ Nicholas T. Verna*
        Kevin J. Mangan (PA Bar. No. 56507)
        Nicholas T. Verna (PA Bar No. 316929)
        1313 North Market Street, Suite 1200
        Wilmington, Delaware 19801
        Telephone: (302) 252-4320
        Kevin.mangan@wbd-us.com
        nick.verna@wbd-us.com

        *Attorneys for Wells Fargo & Company and Wells Fargo Bank, N.A.*

Dated: August 30, 2021

**CERTIFICATE OF SERVICE**

  I, Nicholas T. Verna, certify that on August 30, 2021, I caused the foregoing Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 to be filed via the Court's CM/ECF System where it is available for viewing and downloading. In addition, I served a true and correct copy of the foregoing Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 via First Class mail and email on Plaintiff's counsel of record:

Gavin P. Lentz, Esquire
Vincent van Laar, Esquire
Matthew L. Minsky, Esquire
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA 19102
glentz@bochettoandlentz.com
vvanlaar@bochettoandlentz.com
mminsky@bochettoandlentz.com

              */s/ Nicholas T. Verna*
              Nicholas T. Verna (PA Bar No. 316929)