IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY LINDA LIVINGSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A., )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br><br>Case No. 21-cv-03866-WB<br><br>JURY TRIAL DEMANDED |

## STIPULATION DISMISSING CASE WITHOUT PREJUDICE

**WHEREAS**, counsel for Plaintiff Mary Linda Livingston ("Plaintiff") and counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") have discussed the arbitration provisions contained in the Deposit Account Agreement, which is attached to the Complaint as Exhibit A;

**WHEREAS**, the parties have agreed to arbitrate the dispute pursuant to the Deposit Account Agreement;

**WHEREAS**, Wells Fargo has not responded to the Complaint;

It is hereby **STIPULATED** and **AGREED,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), by and between the parties, through their undersigned counsel, that this action is dismissed WITHOUT PREJUDICE so that the parties may arbitrate the dispute.

1

Respectfully submitted,

| **WOMBLE BOND DICKINSON (US) LLP** | **BOCHETTO & LENTZ, P.C.** |
|---|---|
| */s/ Nicholas T. Verna* | */s/ Vincent van Laar* |
| Kevin J. Mangan (PA Bar. No. 56507) | Gavin P. Lentz, Esquire (53609) |
| Nicholas T. Verna (PA Bar No. 316929) | Vincent van Laar, Esquire (85672) |
| 1313 North Market Street, Suite 1200 | Matthew L. Minsky, Esquire (329262) |
| Wilmington, Delaware 19801 | 1524 Locust Street |
| Telephone: (302) 252-4320 | Philadelphia, PA 19102 |
| kevin.mangan@wbd-us.com | Telephone: (215) 735-3900 |
| nick.verna@wbd-us.com | glentz@bochettoandlentz.com |
|  | vvanlaar@bochettoandlentz.com |
|  | mminsky@bochettoandlentz.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Wells Fargo Bank, N.A.* | *Mary Linda Livingston* |
| Dated: November 5, 2021 | Dated: November 5, 2021 |